IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 1:18CR213-02 |
| Plaintiff | * | |
| -vs- | * | JUDGE SARA LIOI |
| EDGAR PEDRAZA-RODRIGUEZ | * | MOTION FOR CONTINUANCE OF SENTENCING |
| Defendant | * | |

\* \* \*

Now comes the Defendant, Edgar Pedraza-Rodriguez, by and through undersigned counsel, and respectfully moves this Court for an Order continuing the sentencing now scheduled for November 1, 2019. As basis, undersigned counsel has an opportunity to be out of town that date for a limited vacation, returning on November 3, 2019, and as such, requests a continuance.

WHEREFORE, Defendant Pedraza Rodriguez respectfully requests that the sentencing scheduled for November 1, 2019, be continued and rescheduled according to the regular docket of this Court.

Respectfully submitted,

*/S/ NATHAN A. RAY*
NATHAN A. RAY, 0041570
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
(330) 253-7171
burdon-merlitti@neo.rr.com

## PROOF OF SERVICE

 I hereby certify that on October 22, 2019, a copy of the foregoing Motion for Continuance of Sentencing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

               */S/ NATHAN A. RAY*
               NATHAN A. RAY
               Attorney for Defendant